```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 11329
   NICOLE A WILLIAMS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8771


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/11/2006 and was confirmed 08/02/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   50.00%.

     The case was dismissed after confirmation 04/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
LITTON LOAN SERVICING    SECURED NOT I         .00             .00             .00
LITTON LOAN SERVICING    SECURED NOT I         .00             .00             .00
LITTON LOAN SERVICING IN CURRENT MORTG         .00             .00             .00
LITTON LOAN SERVICING IN SECURED NOT I         .00             .00             .00
CITY OF CHICAGO WATER DE SECURED NOT I         .00             .00             .00
CITY OF CHICAGO DEPT OF  UNSECURED       NOT FILED             .00             .00
ROBERT J ADAMS & ASSOC   PRIORITY        NOT FILED             .00             .00
SBC ILLINOIS             UNSECURED       NOT FILED             .00             .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED             .00             .00
AT & T BANKRUPCTY        UNSECURED       NOT FILED             .00             .00
LONG BEACH MORTGAGE COMP NOTICE ONLY     NOT FILED             .00             .00
COMCAST                  UNSECURED       NOT FILED             .00             .00
COMCAST CABLE            UNSECURED       NOT FILED             .00             .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED             .00             .00
ECMC                     UNSECURED        10813.81             .00         2344.53
PEOPLES GAS LIGHT & COKE UNSECURED         2195.38             .00          475.97
ILLINOIS DEPT OF REVENUE NOTICE ONLY     NOT FILED             .00             .00
ILLINOIS DEPT OF EMP SEC UNSECURED       NOT FILED             .00             .00
KID CARE                 UNSECURED       NOT FILED             .00             .00
CITY OF CHICAGO PARKING  UNSECURED          247.50             .00           41.49
NATIONWIDE ACCEPTANCE~   NOTICE ONLY     NOT FILED             .00             .00
OFFICE OF CLERK OF CIRCU UNSECURED       NOT FILED             .00             .00
OFFICE OF CLERK OF CIRCU UNSECURED       NOT FILED             .00             .00
OSI COLLECTION SERVICES  NOTICE ONLY     NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE NOTICE ONLY     NOT FILED             .00             .00
SECRETARY OF STATE       UNSECURED       NOT FILED             .00             .00
WOW INTERNET CABLE       UNSECURED       NOT FILED             .00             .00
LITTON LOAN SERVICING    NOTICE ONLY     NOT FILED             .00             .00
ROBERT J ADAMS & ASSOC   REIMBURSEMENT      304.33             .00          304.33
ROBERT J ADAMS & ASSOC   DEBTOR ATTY      2,500.00                         2,500.00
TOM VAUGHN               TRUSTEE                                             410.68
DEBTOR REFUND            REFUND                                               13.00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 11329 NICOLE A WILLIAMS
```

```
      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 6,090.00

PRIORITY                                          304.33
SECURED                                              .00
UNSECURED                                       2,861.99
ADMINISTRATIVE                                  2,500.00
TRUSTEE COMPENSATION                              410.68
DEBTOR REFUND                                      13.00
                     ---------------        ---------------
TOTALS                  6,090.00                6,090.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 09/11/08                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE